℟

*JH*

**FILED** NF

NOV 2 0 2007
Nov. 20, 2007

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

# Civil Cover Sheet

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** CORTEZ D. COOPER

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) Eric H. Sussman
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Cortez D Cooper
#14046-424
Sandstone - FCI
P.O. Box 1000
Sandstone, MN 55072

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question
(U.S. gov't. not a party)

☑ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV 6567
JUDGE MANNING
MAGISTRATE JUDGE NOLAN

**Origin:**

☑ 1. Original Proceeding

☐ 5. Transferred From Other District

☐ 2. Removed From State Court

☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court

☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *A. E. Woodham*  **Date:** 11/20/2007

*Manning 01 CR 1078-6*
*Nolan*