UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JAN 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>              )<br>v.            )<br>              )<br>              )<br>CORTEZ COOPER, )<br>    Defendant. ) | Case Nos. 07 C 6567<br>01 CR 1078<br>Judge Blanche M. Manning |

MOTION FOR EXTENSION OF TIME

Cortez Cooper, pro se, moves this Court for an extension of time to file a reply to the government's response.

On 27 November 2007, this Court docketed a MINUTE entry ordering the government to respond by 21 December 2007. Cooper received the government's response on 26 December 2007. The response was filed on 19 December 2007.

Pursuant to Rules Governing Section 2255 Proceedings, Rule 5(d) Reply, "The moving party may submit a reply to the respondent's answer or other pleading within a time fixed by the judge." Cooper moves this Court for an order granting him until 30 January 2008 to file his reply.

CERTIFICATE OF SERVICE

I hereby certify that on 2 January 2008, a true and correct copy of this MOTION FOR EXTENSION OF TIME was mailed first class postage prepaid to the following:

U.S. Attorney
219 S. Dearborn St.
Chicago, IL 60604

Respectfully submitted,

*Cortez Cooper*
Cortez Cooper