# United States District Court

## Northern District of Illinois
Eastern Division

| | |
|---|---|
| USA | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6567 |
| COOPER | |

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that petitioner's motion to vacate his sentence under 28 U.S.C. § 2255 is denied. This action is dismissed in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 2/28/2008

_____
/s/ J. Smith, Deputy Clerk